James M. Lindsay, State Bar No. 164758
jlindsay@lindstonelaw.com
Gene J. Stonebarger, State Bar No. 209461
gstonebarger@lindstonelaw.com
Richard D. Lambert, State Bar No. 251148
rlambert@lindstonelaw.com
LINDSAY & STONEBARGER
A Professional Corporation
620 Coolidge Drive, Suite 225
Folsom, CA 95630
Telephone: (916) 294-0002
Facsimile: (916) 294-0012

Attorneys for Plaintiffs and the Class

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| NICHOLE BROWNFIELD, an individual; and KIERA CHAMBERS, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BAYER CORPORATION; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMACEUTICALS CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE A.G.; BERLEX LABORATORIES, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:09-CV-00444-JAM-GGH<br><br>**<u>CLASS ACTION</u>**<br><br>**JOINT STIPULATION FOR MODIFICATION OF ORDER REQUIRING JOINT STATUS REPORT**<br><br>Judge: Hon. John A. Mendez |

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | Plaintiffs, Nichole Brownfield and Kiera Chambers, and Defendant, Bayer Healthcare |
| 2 | Pharmaceuticals, Inc. (hereinafter collectively referred to as the "Parties"), by and through their |
| 3 | respective attorneys, respectfully submit this Joint Stipulation and [Proposed] Order to Modify |
| 4 | Order Requiring Joint Status Report, issued on February 13, 2009. Specifically, the Parties |
| 5 | request that this Court issue an Order continuing the date by which the Parties were ordered to |
| 6 | submit a Joint Status Report and Rule 26(f) Discovery Plan to the Court. The Parties have begun |
| 7 | to meet and confer with regard to the Joint Status Report and Rule 26(f) Discovery Plan. The |
| 8 | Parties believe, though, that modification is warranted so that the Parties can continue their meet |
| 9 | and confer efforts; and because Defendant's Motion to Dismiss and Motion to Strike Complaint |
| 10 | are currently pending before the Court, and are scheduled for hearing on May 6, 2009. |

Plaintiffs, Nichole Brownfield and Kiera Chambers, and Defendant, Bayer Healthcare Pharmaceuticals, Inc. (hereinafter collectively referred to as the "Parties"), by and through their respective attorneys, respectfully submit this Joint Stipulation and [Proposed] Order to Modify Order Requiring Joint Status Report, issued on February 13, 2009. Specifically, the Parties request that this Court issue an Order continuing the date by which the Parties were ordered to submit a Joint Status Report and Rule 26(f) Discovery Plan to the Court. The Parties have begun to meet and confer with regard to the Joint Status Report and Rule 26(f) Discovery Plan. The Parties believe, though, that modification is warranted so that the Parties can continue their meet and confer efforts; and because Defendant's Motion to Dismiss and Motion to Strike Complaint are currently pending before the Court, and are scheduled for hearing on May 6, 2009.

Accordingly, the Parties stipulate, agree and respectfully request that the Court enter an order providing that:

1. The deadline for the Parties to submit a Joint Status Report and Rule 26(f) Discovery Plan to the Court be extended until thirty (30) days after the Court enters an Order on Defendant's Motion to Dismiss and Motion to Strike Complaint.

SO STIPULATED by Plaintiff.

Dated: April 27, 2009  LINDSAY & STONEBARGER, APC

By: /s/ Gene J. Stonebarger
Gene J. Stonebarger
E-mail: gstonebarger@lindstonelaw.com
Richard D. Lambert
E-mail: rlambert@lindstonelaw.com
Attorneys for Plaintiffs and the Class

SO STIPULATED by Defendant.

Dated: April 27, 2009  DLA PIPER LLP (US)

By: /s/ Shirli F. Weiss
Shirli F. Weiss
E-mail: shirli.weiss@dlapiper.com
Ryan T. Hansen
E-mail: ryan.hansen@dlapiper.com
Attorneys for Defendants

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

IT IS SO ORDERED.

DATED: April 27, 2009

/s/ John A. Mendez
The Honorable John A. Mendez
Judge of the U.S. District Court

LINDSAY & STONEBARGER
A Professional Corporation

PDF created with pdfFactory trial version www.pdffactory.com